DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**27 MARCH 2003**

| | | | |
|---|---|---|---|
| No. 111P03<br><br>Case below:<br><br>155 N.C. App. 441 | In re Will of Campbell | Caveators' (Fred Baars, Carole Baars Hakan, Sue Baars Smith, Emerson Campbell) PDR Under N.C.G.S. § 7A-31 (COA01-1223) | Denied<br><br>**Lake, C.J., recused** |
| No. 074P03<br><br>Case below:<br><br>155 N.C. App. 220 | McNeely v. Bollinger | Plt's PDR Under N.C.G.S. § 7A-31 (COA01-1059) | Denied |
| No. 084P03<br><br>Case below:<br><br>155 N.C. App. 213 | Myers v. Mutton | 1. Plt's and Petitioners' (Faison and Gillespie) NOA Based Upon a Constitutional Question (COA01-1409)<br><br>2. Plt's and Petitioners' (Faison and Gillespie) PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| No. 044P03<br><br>Case below:<br><br>154 N.C. App. 156 | N.C. Farm Bureau Mut. Ins. Co. v. Holt | 1. Def's NOA Based Upon a Constitutional Question (COA01-1439)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion to Dismiss Appeal<br><br>4. Counsels' Motion for Admission *Pro Hac Vice* | 1. —<br><br>2. Denied<br><br>3. Allowed<br><br>4. Dismissed as Moot |
| No. 045A03<br><br>Case below:<br><br>154 N.C. App. 543 | Overton v. Purvis | 1. Plt's NOA Based Upon a Dissent (COA01-1520)<br><br>2. Plt's PWC as to additional issues | 1. —<br><br>2. Denied |
| No. 101P03<br><br>Case below:<br><br>155 N.C. App. 574 | Plummer v. Community Gen. Hosp. of Thomasville, Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA97-191) | Denied |
| No. 522A02<br><br>Case below:<br><br>149 N.C. App. 672 | Rhyne v. K-Mart Corp. | 1. Plts' NOA Based Upon a Dissent (COA00-1516)<br><br>2. Plts' NOA Based Upon a Constitutional Question<br><br>3. Plts' PDR as to Additional Issues<br><br>4. Defs' PDR as to Additional Issues | 1. —<br><br>2. Retained<br><br>3. Denied<br><br>4. Allowed |
| No. 516PA02<br><br>Case below:<br><br>152 N.C. App. 464 | Seymour v. Lenoir Cty. | Joint Motion to Dismiss Appeal and for Leave to File Dismissal with Prejudice (COA01-972) | Allowed |